IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| MERANDA M. SMITH | * | |
| PLAINTIFF | * | |
| V. | * | |
| | * | |
| ANDREW SAUL, | * | CASE NO. 4:18CV00738 SWW |
| COMMISSIONER OF SOCIAL | * | |
| SECURITY ADMINISTRATION | * | |
| DEFENDANT | * | |

## **ORDER**

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney [ECF No. 12]. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff's claim is DISMISSED WITH PREJUDICE.

IT IS SO ORDRED THIS 13TH DAY OF JANUARY, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE