# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| MERANDA M. SMITH | * |
|     PLAINTIFF | * |
| V. | * |
| | * |
| ANDREW SAUL, | *   CASE NO. 4:18CV00738 SWW |
| COMMISSIONER OF SOCIAL | * |
| SECURITY ADMINISTRATION | * |
|     DEFENDANT | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE. Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED THIS 13TH DAY OF JANUARY, 2020.

                                          /s/Susan Webber Wright
                                          UNITED STATES DISTRICT JUDGE